United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Julio Suarez, Movant, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 16-24003-Civ-Scola |
| | ) |
| United States of America, | ) |
| Respondent. | ) |

### Order Adopting Magistrate Judge's Report And Recommendation

This case was referred to United States Magistrate Judge Patrick A. White, consistent with Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. On June 19, 2017, Judge White issued a report, recommending that the Court deny the Petitioner Julio Suarez's motion to vacate his sentence pursuant to 28 U.S.C. § 2255. (Report of Magistrate, ECF No. 9.) Suarez has not filed objections to the report, and the time to do so has passed.

The Court has considered Judge White's report, the record, and the relevant legal authorities. The Court finds Judge White's report and recommendation cogent and compelling. The Court **affirms and adopts** Judge White's report and recommendation (ECF No. 9). The Court **denies** Suarez's motion to vacate his sentence (ECF No. 1). The Court does not issue a certificate of appealability. Finally, the Court directs the Clerk to **close** this case and **deny** any pending motions **as moot**.

**Done and ordered**, at Miami, Florida, on July 27, 2017.

_____
Robert N. Scola, Jr.
United States District Judge